IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

UNITED STATES OF AMERICA

VS.  Case No: 2:08-cr-00481-MCE-5

BI XIA NI

O R D E R

Having reviewed Defendant Bi Xia Ni's unopposed Motion to Allow Air Travel (ECF No. 79), and good cause appearing, the Motion is hereby GRANTED. Defendant Ni shall be allowed to travel to China immediately upon the signing of this Order and shall return to the United States immediately once she is released from the care of her physician.

. IT IS SO ORDERED.

Dated: January 9, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE