# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | Case No: 2:08-CR-00481-MCE-3 |
| RUI YANG LIN | § | |

**O R D E R**

Having reviewed Defendant Rui Yang Lin's unopposed Motion to Allow Travel filed December 21, 2011, and good cause appearing, said Motion (ECF No. 80) is hereby GRANTED. Defendant Lin shall be allowed to travel to China immediately upon the signing of this Order and shall return to the United States immediately once his wife is release from the care of her physician.

IT IS SO ORDERED.

Dated: January 9, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE